| | |
|---|---|
| 1 | |
| 2 | |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICKY ANGELO MENDOZA,<br><br>        Plaintiff,<br><br>   v.<br><br>RUBACAVA, et al.,<br><br>        Defendants. | Case No.  1:25-cv-00587-KES-BAM (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS<br><br>Docs. 9, 11 |

      Plaintiff Ricky Angelo Mendoza ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.  The matter was referred to a United States magistrate judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

      Plaintiff filed a motion for preliminary injunction on September 19, 2025.  Doc. 9.  On September 22, 2025, the assigned magistrate judge issued findings and recommendations that recommended that plaintiff's motion be denied.  Doc. 11.  The magistrate judge found that plaintiff had not met the requirements for injunctive relief.  The magistrate judge also found that, because the complaint had not been screened, no defendant had been ordered served, and no defendant had yet made an appearance, the Court currently lacked jurisdiction over any defendant or any other prison staff.  *Id.* at 3.  The findings and recommendations were served on plaintiff and contained notice that any objections thereto were to be filed within fourteen days after service.  *Id.* at 4.  Plaintiff did not file objections, and the deadline to do so has passed.

In accordance with 28 U.S.C. § 636(b)(1), this Court has conducted a de novo review of this case. Having carefully reviewed the file, the Court finds that the findings and recommendations are supported by the record and by proper analysis.

Accordingly:

1. The findings and recommendations issued on September 22, 2025, Doc. 11, are adopted in full; and
2. Plaintiff's motion for preliminary injunction, Doc. 9, is denied.

IT IS SO ORDERED.

Dated:    October 21, 2025

_____
UNITED STATES DISTRICT JUDGE

2