**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| RICKY ANGELO MENDOZA, | Case No. 1:25-cv-0587 KES BAM (PC) |
| Plaintiff, | ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, DISMISSING CERTAIN CLAIMS AND DEFENDANTS, AND DIRECTING CLERK OF COURT TO UPDATE DOCKET |
| v. | |
| RUBACAVA, *et al.*, | |
| Defendants. | Doc. 17 |

Ricky Angelo Mendoza is a state prisoner who asserts he suffered a violation of his civil rights while housed at the California Correctional Facility. The magistrate judge screened the first amended complaint and found Mendoza stated a cognizable Eighth Amendment claim against Correctional Officer Ruvalcaba for failure to protect, arising from an incident on November 23, 2024. Doc. 15 at 6-7. The magistrate judge found Mendoza failed to state a cognizable claim against any other defendant. *Id.* at 8-10. The magistrate judge directed Mendoza to either amend his complaint or notify the court of his willingness to proceed only on the cognizable claim. *Id.* at 10-11. Mendoza responded that he did not want to amend and "wish[ed] to proceed on the cognizable claim identified by the Court." Doc. 16 at 1-2.

On March 16, 2026, the magistrate judge issued findings and recommendations, incorporating the findings of the Screening Order and recommending this action proceed only on the identified claim against Correctional Officer Ruvalcaba. Doc. 17 at 2-10. The court served

1

the findings and recommendations on Mendoza and informed him that any objections were due within 14 days. *Id.* at 10. Also on March 16, 2026, Mendoza filed a second request to proceed on the cognizable claim against Ruvalcaba. Doc. 18. Mendoza did not file objections to the findings and recommendations, and the time in which to do so has expired.

In accordance with 28 U.S.C. § 636(b)(1), this Court performed a de novo review of this case. Having carefully reviewed the matter, the Court finds the findings and recommendations to be supported by the record and by proper analysis. The Court **ORDERS**:

1.  The findings and recommendations issued on March 16, 2026 (Doc. 17), are **ADOPTED** in full.

2.  This action **SHALL** proceed only on the claim against defendant Ruvalcaba for failure to protect in violation of the Eighth Amendment, as stated in the first amended complaint (Doc. 14).

3.  All other claims and defendants are **DISMISSED** from this action.

4.  The Clerk of Court is directed to update the docket and terminate Brian Cates and Eric Barthelmes as defendants.

5.  This action is referred to the magistrate judge for further proceedings.

IT IS SO ORDERED.

Dated:    April 21, 2026

_____
UNITED STATES DISTRICT JUDGE

2